**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kimberly J. Brink                                                        CHAPTER 13

Debtor(s)

BKY. NO. 23-21577 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CU Member Mortgage, a division of Colonial Savings, F.A. and index same on the master mailing list.

                                        Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
08 Nov 2023, 16:25:11, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com