IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-21577 CMB |
| | ) | |
| Kimberly J. Brink, | ) | Chapter: 13 |
| Debtor(s), | ) | |
| | ) | |
| CU Member Mortgage, | | |
| a division of Colonial Savings, F.A., | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kimberly J. Brink, | ) | |
| Respondent(s). | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF CU MEMBER MORTGAGE, A DIVISION OF COLONIAL
SAVINGS, F.A., ITS SUCCESSORS AND/OR ASSIGNS TO ALLOW FILING OF CLAIM**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **February 19, 2024** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **March 26, 2024, at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date of Service: February 1, 2024**            **/s/ Denise Carlon, Esquire**
                                                Denise Carlon, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                215-627-1322