# PROCEEDING MEMO

**Date: 02/27/2024 01:30 pm**

**In re:   Kimberly J. Brink**

**Bankruptcy No. 23-21577-CMB**
**Chapter: 13**
**Doc. #57**

**Appearances:**  Ronda Winnecour, Brian C. Thompson, Arthur Zamosky

**Nature of Proceeding: #57 Motion for Relief From the Automatic Stay filed by Direct Rent to Own Barns, LLC**

**Additional Pleadings:  #63 Response by Debtor**

**OUTCOME:** Hearing held. Motion denied without prejudice due to failure to comply with the Local Rules.

FILED
2/28/24 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA