**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Kimberly J. Brink, | : | Bankruptcy Case No.: 23-21577-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Kimberly J. Brink, | : | Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 13 |
| v. | : | |
| | : | |
| PNC Bank, N.A. | : | |
| Respondent | : | |
| | : | |

**DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on February 6, 2026, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Chapter 13 Plan even with the proposed change for March 1, 2026.

The new post-petition monthly payment payable to Respondent is $612.83, effective March 1, 2026, per the notice dated February 6, 2026.  The Debtor's Plan payment provides for a monthly payment to PNC Bank, N.A. of $614.13.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  February 26, 2026

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com