**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

Kimberly J. Brink,
     Debtor

Case No. 23-21577-CMB
Chapter 13

Kimberly J. Brink,
     Movant,

- vs. -

Ronda J. Winnecour, Trustee,
     Respondents.

Related Trustee Certificate of Default at
     at Doc No. 131, and Order
     requiring response at Doc No. 132

**NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS**

1.     Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

2.     The cure shall be effected as follows: Debtor paid a total of $1,045.00 in June 2026. Debtor anticipates that all missed payments will be paid per the confirmed Plan via proceeds from her personal injury settlement. A Motion to Approve Settlement is expected to be filed shortly.

3.     All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4.     A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on August 6, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 1st day of July 2026.

/s/ *Brian C. Thompson*
Brian C. Thompson, Esquire
PA I.D. 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com
Attorney for the Debtor