IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Kimberly J. Brink,                    :        Bankruptcy Case No.: 23-21577-CMB
                                              :
            Debtor.                           :        Chapter 11
_____ :
                                              :
Kimberly J. Brink,                            :
                                              :        Document No.:
            Movant,                           :
                                              :        Related to Document No.
    v.                                        :
                                              :
Respondent,                                   :
                                              :
            Respondent.                       :

### ORDER

AND NOW, this _____ day of _____,

2026, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Approve

Settlement between Debtor, Kimberly J. Brink and Progressive Specialty Insurance Co is hereby

APPROVED and the net proceeds of $19,657.38 will be paid to the Chapter 13 Trustee for general

plan funding.

BY THE COURT:

Date:_____           _____
                              United States Bankruptcy Judge