**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-21577-CMB |
| | ) | |
| Kimberly J. Brink, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Kimberly J. Brink, | ) | Related to Document No. 134, 135 |
| Movant, | ) | |
| vs. | ) | |
| | ) | **Hearing Date and Time:** |
| No Respondent. | ) | August 28, 2026, at 11:30 a.m. |

**CERTIFICATION OF NO OBJECTION REGARDING
CONSENT MOTION TO APPROVE SETTLEMENT
FOR PETER D. FRIDAY, SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 20, 2026, at Document No. 134 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 135, Objections were to be filed and served no later than August 6, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 134 be entered by the Court.

Date: <u>August 7, 2026</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com