IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Kimberly J. Brink,<br>Debtor. | Bankruptcy Case No.: 23-21577-CMB<br>Chapter 11 |
| Kimberly J. Brink,<br>Movant,<br>v.<br>Respondent,<br>Respondent. | Related to: Document No. 134<br>**ENTERED BY DEFAULT** |

**ORDER**

AND NOW, this 10th day of August, 2026, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Approve Settlement between Debtor, Kimberly J. Brink and Progressive Specialty Insurance Co is hereby APPROVED and the net proceeds of $19,657.38 will be paid to the Chapter 13 Trustee for general plan funding.

BY THE COURT:

Carlota M. Böhm glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
8/10/26 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 23-21577-CMB
Kimberly J. Brink Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 10, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| sp | + | Peter D Friday, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216, UNITED STATES 15216-2373 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian C. Thompson | on behalf of Spec. Counsel Peter D Friday bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Kimberly J. Brink bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Kimberly J. Brink bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Keri P. Ebeck | |

on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com btemple@metzlewis.com

Keri P. Ebeck
on behalf of Creditor Direct Rent to Own Barns LLC kebeck@metzlewis.com, btemple@metzlewis.com

Keri P. Ebeck
on behalf of Creditor OneMain Financial Group LLC kebeck@metzlewis.com btemple@metzlewis.com

Keri P. Ebeck
on behalf of Defendant ONEMAIN FINANCIAL GROUP LLC kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel
on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 10